UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL LEE SCHULTZ,

     Plaintiff,

v.                               Case No. 3:25cv213-LC-HTC

JPAY, et al.,

     Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 1, 2025 (ECF No. 9), recommending that this case be dismissed under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) as malicious for Plaintiff's abuse of the judicial process, and also on the separate and independent ground that Plaintiff's amended complaint fails to state a claim on which relief may be granted. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) as malicious for Plaintiff's abuse of the judicial process, and also on the separate and independent ground that Plaintiff's amended complaint fails to state a claim on which relief may be granted.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 1st day of May, 2025.


  s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**